# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. SOUTH,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 11-0183-CG-M |
| v. | : |
| | : CRIMINAL ACTION 08-0031-CG-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate (Doc. 89) be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that, should Petitioner move for a certificate of appealability, it be **DENIED** for the reasons set forth in the Report and Recommendation, and that he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of April, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE