# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. SOUTH,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 11-0183-CG-M |
| v. | : |
| | : CRIMINAL ACTION 08-0031-CG-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of Alabama, and against Petitioner Michael R. South.

**DONE and ORDERED** this 3rd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE